OPINION — AG — ** COUNTY CLERKS — REGISTER — INSTRUMENTS — RECORD ** UNDER 28 O.S. 32 [28-32], COUNTY CLERKS ARE 'WITHOUT' AUTHORITY TO REFUSE TO CERTIFY A COPY OF A LEGAL INSTRUMENT IN THEIR CUSTODY SOLELY ON THE GROUNDS THAT THE COPY PRESENTED FOR CERTIFICATION WAS NOT FURNISHED BY THE COUNTY CLERK'S OFFICE. (FEES, COPYING, REPRODUCTION, RECORDED, DEEDS, RECORDS) CITE: 28 O.S. 32 [28-32] (PATRICIA M. GERRITY)